**Motions Granted; Continuing Abatement Order filed January 8, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00640-CV
_____

### DAVID LEE STUDER, P.E., Appellant

### V.

### JACK B. MOORE AND ONESUBSEA, LLC, Appellees

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2017-19260**

## CONTINUING ABATEMENT ORDER

This is an attempted appeal from the grant of a summary judgment. The record, however, contains no signed final judgment.

Appellees filed a motion to abate this appeal to allow supplementation of the record with a final judgment. On October 9, 2018 this court abated the appeal so that the trial court could sign an order memorializing its ruling on the summary judgment.

A supplemental clerk's record containing the trial court's judgment was ordered to be filed with the clerk of this court on or before December 11, 2018.

To date, the court has not received a supplemental record containing the trial court's final judgment. On December 17, 2018 and December 21, 2018 appellant filed motions in this court requesting compliance with this court's order. The motions are granted.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's final judgment is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

If no final judgment is filed with this court within 30 days of the date of this court the court will consider dismissal of the appeal for want of jurisdiction.


PER CURIAM